**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000656
04-OCT-2024
08:31 AM
Dkt. 244 ODMR**

NO. CAAP-21-0000656

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI,
Plaintiff-Appellee/Cross-Appellant,
v.
PETER GREWER,
Defendant-Appellant/Cross-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CPC-18-0000161)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, and Guidry, J.,
and McCullen, J., dissenting)

Upon consideration of the motion for reconsideration (**Motion**), filed on September 6, 2024, by Plaintiff-Appellee/ Cross-Appellant State of Hawaiʻi (**State**), the papers in support, and the record, it appears that:

(1) The State seeks reconsideration of this court's Summary Disposition Order filed on August 29, 2024;

(2) The State does not present new evidence or arguments that could not have been presented in its answering brief, filed on September 23, 2022, see Citizens for Equitable & Responsible Gov't v. Cnty. of Hawaiʻi, 108 Hawaiʻi 318, 335, 120 P.3d 217, 234 (2005); and

(3) The State presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, October 4, 2024.


/s/ Clyde J. Wadsworth
Presiding, J Judge


/s/ Kimberly T. Guidry
Associate Judge



I would grant the Motion, therefore, I respectfully dissent.

/s/ Sonja M.P. McCullen
Associate Judge